UNITED STATES BANKRUPTCY COURT
Western District of Illinois

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| DIANE L. MURRAY | CASE NO. 10-71744 |

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** Ocwen Loan Servicing          **Court claim #: 7**

**Last four digits** of any number used to identify the debtor's account: 6799

---

*Final Cure Amount*

| | | |
|---|---|---|
| Amount of Prepetition Arrears | $1872.91 | (Per creditor's proof of claim) |
| | + 100.00 | (Cost of Collection) |
| Total | $1972.91 | |
| | | |
| Amount Paid by Trustee | $1972.91 | |

---

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan          ☒   Direct by Debtor(s)

---

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  9/23/2014                    /s/Lydia S. Meyer
                                     Lydia S. Meyer, Trustee
                                     308 W. State St., Suite 212
                                     Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 23rd Day of September, 2014.

Dated:  9/23/2014                    /s/Cynthia K. Burnard

OCWEN LOAN SERVICING LLC
ATTN: CASHIERING DEPARTMENT
1661 WORTHINGTON RD, STE 100
WEST PALM BEACH, FL 33409

CHASE HOME FINANCE
PO BOX 9001871
LOUISVILLE, KY  40290-1871

JPMORGAN CHASE BANK
7255 BAYMEADOWS WAY
MAIL STOP JAXB2007
JACKSONVILLE, FL 32256

CODILIS & ASSOCIATES P C
BANKRUPTCY DEPARTMENT
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

DIANE L. MURRAY
2821 . 10TH STREET
ROCKFORD, IL  61109

BRIAN A. HART LAW OFFICES
1410 N. MAIN STREET
ROCKFORD, IL  61103