**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

    Diane L. Murray                                       Case No. 10-71744
                                                                  Chapter 13
                                                                 Judge: Thomas M. Lynch

                              Debtor
_____/

Potestivo & Associates, P.C.
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
David F. Pustilnik (ARDC#6300609)
Caleb J. Halberg (ARDC#6306089)
Kenneth A. VanNorwick (P61707)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Ocwen Loan Servicing, LLC
Our File No.: C14-11161

**Brian A Hart**
Brian A Hart Law Offices PC
1410 N. Main Street
Rockford, IL 61103
815-964-4278
brian@rockfordbankruptcy.com
_____/

### RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

    NOW COMES Ocwen Loan Servicing, LLC (herein "Creditor"), by and through their attorney, Potestivo & Associates, P.C., and states the following as their response agreeing with the Trustee's Notice of Final Cure Payment that was filed on September 23, 2014:

1. The Debtor filed her bankruptcy petition on April 7, 2010.
2. The Trustee filed the Notice of Final Cure Payment pursuant to Rule 3002.1 on September 23, 2014.
3. Creditor agrees with the Notice of Final Cure Payment and Completion of Plan Payments.

Date: October 2, 2014                     /s/ Caleb J. Halberg
                                              Potestivo & Associates, P.C.
                                              Caleb J. Halberg (ARDC#6306089)
                                              223 W. Jackson Blvd., Suite 610
                                              Chicago, Illinois 60606
                                              Telephone: (312) 263-0003
                                              Main Fax: (312) 263-0002
                                              Cook County Firm ID #: 43932
                                              DuPage County Firm ID #: 223623
                                              Attorneys for Ocwen Loan Servicing, LLC
                                              Our File No. C14-11161